IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW HOPKINS, )<br>)<br>Plaintiff, )<br>)<br>)  Case No. 2:21-cv-04976-MSG<br>v. )<br>)<br>DAWSON GEOPHYSICAL COMPANY, )<br>STEPHEN C. JUMPER, CRAIG W. )<br>COOPER, MICHAEL L. KLOFAS, TED R. )<br>NORTH, and MARK A. VANDER PLOEG, )<br>)<br>Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 15, 2022

GRABAR LAW OFFICE

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*